

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00179-CR

Johnnie **GUYTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CR-4296
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we MODIFY the trial court's judgment to reflect that appellant Johnnie Guyton pled "not true" to the enhancement paragraph in the indictment and to delete the language "Plus Atty Fees," and we AFFIRM the judgment AS MODIFIED. We ORDER the Bexar County District Clerk to prepare an Amended Bill of Costs to reflect the deletion of attorney's fees.

SIGNED June 25, 2014.

_____
Rebeca C. Martinez, Justice